

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

John D. Hope, Jr _____ )
_____ )
_____ )
                                   )   1:18-cv-04402
Plaintiff(s),              )   C  **Judge John J. Tharp, Jr**
                                   )   **Magistrate Judge Jeffrey Cole**
v.                                 )
Ford Motor Company _____ )
                                   )
_____ )
                                   )
Defendant(s).              )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is John D. Hope, Jr. _____ of the

county of Will _____ in the state of Illinois _____.

3. The defendant is Ford Motor Company - Chicago Assembly Plant _____, whose

street address is 12600 S. Torrence Avenue _____,

(city) Chicago _____ (county) Cook _____ (state) Illinois _____ (ZIP) 60633 ____

(Defendant's telephone number)    (773 ) – 646-7523 _____

4. The plaintiff sought employment or was employed by the defendant at (street address)

12600 S. Torrence Avenue _____ (city) Chicago _____

(county) Cook _____ (state) Illinois _____ (ZIP code) 60633 ____

# RECEIVED

### JUN 2 5 2018

### THOMAS G. BRUTON
### CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.  The plaintiff [*check one box*]

    (a)  ☐  was denied employment by the defendant.

    (b)  ☐  was hired and is still employed by the defendant.

    (c)  ☑  was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,
    (month) August_____, (day) 3rd_____, (year) 2017_____.

7.1  (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a)  The defendant is not a federal governmental agency, and the plaintiff
         [*check one box*] ☑*has*  ☐*has not* filed a charge or charges against the defendant

         asserting the acts of discrimination indicated in this complaint with any of the

         following government agencies:

         (i)  ☑ the United States Equal Employment Opportunity Commission, on or about

              (month) October_____ (day) 10_____ (year) 2017_____.

         (ii)  ☑ the Illinois Department of Human Rights, on or about

              (month) October_____ (day) 10_____ (year) 2017_____.

    (b)  If charges *were* filed with an agency indicated above, a copy of the charge is

         attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois

    Department of Human Rights to cross-file with the other agency all charges received. The

    plaintiff has no reason to believe that this policy was not followed in this case.


7.2  The defendant is a federal governmental agency, and

    (a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

    [If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year)_____

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

    (day) _____ (year) _____.

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

       ☐ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

       ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b) ☑  the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month) April_____ (day) 18_____ (year) 2018_____ a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

    *those that apply*]:

    (a) ☑ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12.   The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): Violated my Federal Rights upon return from my Disability leave,

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I believe I have been discriminated against because of my disability leave and retaliation

for engaging in a protective activity in violation of the Americans with Disability Act of

of 1990 as amended. The defendant failed to realize I am protected under federal Law

upon return from a Disability leave, which was approved by the defendant.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I have witnesses, dates, and events displaying the harassment and retaliatory behavior and

the negative character of my immediate Supervisor Darin McElroy. My Federal rights were

violated on four counts; (1.) Disability (2.) Age (3.) Retaliation (4.) Race

there are seventeen other write ups the defendant did not include in their response to EEOC

to minimize the appearance of retaliation.

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff. Please see attached.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): Pay for Compensatory damages incurred to the plaintiff
in the following areas: Career sabotage (forced retirement), Never received A1CP bonus,

never received TER expense refund, prematurely having to withdraw from my

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and refere▄

retirement account to sustain livelihood, damages due to closed

credit cards due to defendant causing a financial hardship to pla

period disability benefits five months after the fact, neglectful on t⊑

(g)     ☑   If available, grant the plaintiff appropriate injunctive relief
            liquidated/double damages, front pay, compensatory dam≡
            damages, prejudgment interest, post-judgment interest, anc
            reasonable attorney fees and expert witness fees.

(h)     ☑   Grant such other relief as the Court may find appropriate.


_(Plaintiff's signature)_

John D. Hope, Jr.
_(Plaintiff's name)_

70 West Deer Haven Court
_(Plaintiff's street address)_


(City) Crete _____ (State) IL _____ (ZIP) 40617 _____

(Plaintiff's telephone number) (248  ) – 252-2873 _____

                                        Date:   6/25/201

# Exhibit A

## Charge of Discrimination
### Page 2, Number 7.1, (b)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2018-00157 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. John D. Hope, Jr. | (708) 279-7774 | 1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| 70 West Deer Haven Court, Crete, IL 60417 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FORD MOTOR COMPANY | 500 or More | (773) 646-3100 |

| Street Address | City, State and ZIP Code |
|---|---|
| 12600 Torrence Ave, Chicago, IL 60633 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                 Latest
                         10-10-2017

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around 2006. My most recent position is Team Manager Final Assembly. During my employment, I went on an approved medical leave of absence. On August 1, 2017, I returned to work. Subsequently, I have been harassed and disciplined.

I believe I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

I believe I have been discriminated against because of my age, 54 (Year of Birth: 1962), Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC

OCT 1 0 2017

CHGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Oct 10, 2017 _____ Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

# Exhibit B

## Right to Sue
## Page 3, Number 8, (b)

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | John D. Hope, Jr.<br>70 West Deer Haven Court<br>Crete, IL 60417 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2018-00157** | **Eva Baran,**<br>**Investigator** | **(312) 869-8023** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman*                    4|13|18

**Julianne Bowman,**                    *(Date Mailed)*
**District Director**

Enclosures(s)

cc:     **Ford Motor Company**
**c/o Gina Allmon Smith**
**12600 S Torrence Avenue**
**Chicago, IL 60633**

# Exhibit C

## Age Discrimination

## Page 5, Number 14

**Plaintiff  - John D Hope Jr.**

# Age Discrimination

1. Transitioning from the Kentucky Truck Plant, during my recruitment to come to Chicago Assembly Plant, I had to send a picture in which I thought was odd, I worked at three other  Ford Plants and did not have to send or show a picture upon applying for a job or position.

2. Upon my phone interview to come to Chicago Assembly Plant, one of the interviewers made a remark and laughed in the background, "Wow how old is he? "  when I told them  a colleague of ours use to work for me who ascended to Plant Manager level they were amazed of how much experience I had.  Darin McElroy was part of that interview team, I know he made that statement it was his voice and sarcasm I recognized.

3. When I was in a Manpower meeting, in front of colleagues Darin ask me how old I was, my response was I tell most people I'm 49, we laughed about it, but I never told my age at the time was 53. Charles Givens Trim Team Manager is a witness  however Charles left the company due to some of the same issues I was having.  Charles gave his letter of resignation about two weeks prior to me submitting my letter of Retirement.  Darin appeared uncomfortable with my age which made me take notice of his odd behavior. I did send pictures of myself as he requested during the application process.

4. I received constant threats by Darin McElroy that he was going to run me away from the plant and this was around December 2016, I told him no you are not. Darin was upset because the Chassis garage was backed up and congested, this issue was not uncommon, it's the garage Supervisors responsibility to make sure nothing bottlenecks, and the flow of traffic is moving.  Darin states, "John you don't know what your doing, stand here, you're  not engaged!

**Plaintiff  - John D Hope Jr.**

5. I got a reprimand phone call and discipline write up or as Ford Calls it the new Coach and Counsel letter put in my file for voicing my opinion about Senior Process Coaches Jennifer Mayfield, Marc Mackiewicz, and Erick Lorenger, in which all of them had performance issues. My experience in the industry was not considered in their assessment...Darin's response to me was he would constantly say I was not engaged, he would make comments to me "this is not the 90's", "the pace is much faster now", "maybe you should go home over the weekend and think if this something you want to do." Darin would say these comments to me often which caused me emotional distress leading to health issues. Darin would often say I walk around like I'm "punch drunk", witness Former Team Manager of Trim Charles Givens heard him say it.

6. When I returned from Disability Leave 8/1/17 an HR Generalist James Pipkins asked me, if you don't mind me asking how old are you? I told him I'm 54. I told him thinking well maybe he's going to tell me something about early retirement packages, but he never did. I just thought it was odd for my employer to keep asking me about my age.

7. When I first met the new Plant Manager Jimmy DiMartino, the very first day I met him we casually talked about when we started with Ford, he started on the line as an hourly employee  in about 1986, I started in 1985 as Production Supervisor at GM, and then 1988 at Ford as a Production Supervisor.  Jimmy asked me so when do you plan to retire, I stated oh probably about another 5 or 6 years, just depends, I know there's a lot of opportunity here with new launches so it maybe be longer. Again, I just thought it was odd that someone brand new to the plant was asking me about retirement maybe it's because I had just returned from Disability leave that he was inquiring.

**Plaintiff - John D Hope Jr.**

9. Cont.,

   Dearborn, Michigan (Please see attached emails) And I filed my expense
   report timely, and still have not received my refund as of the writing of
   this complaint.

10. I know for a fact by having a Master's degree in Human Resources
    Management that certain questions about age are off limits and can be
    grounds for discrimination. Additionally, continued neglect in not
    receiving my expense refund only confirms the ongoing retaliation and
    discrimination I've received from Ford Motor Company Chicago
    Assembly Plant even after being forced to retire.

 Gmail

John Hope <johnhope776@gmail.com>

## FW: Expense Report Status Change for John Hope
13 messages

**Redwine, Amanda (A.L.)** <AREDWIN1@ford.com>
To: "johnhope776@gmail.com" <johnhope776@gmail.com>

Fri, Mar 9, 2018 at 8:12 AM



FORD GLOBE

Ford Diversity & Inclusion

Amanda Redwine
Chicago Assembly Plant

T 773-646-7304     |Ford Net 646-7304

aredwin1@ford.com


Go Further

**From:** AutoNotification@concursolutions.com [mailto:AutoNotification@concursolutions.com]
**Sent:** Thursday, March 08, 2018 11:11 PM
**To:** Redwine, Amanda (A.L.) <AREDWIN1@ford.com>
**Subject:** Expense Report Status Change for John Hope

**SAP Concur** 

**Your expense report listed below has changed status.**

| | |
|---|---|
| Changed By | Concur Auditor1 |
| Report Name | BV2HLB-Salaried Supervisor Insti |
| Report Date | 03/05/2018 |
| Submit Date | 03/05/2018 |
| Amount Approved | 605.98 USD |

Approval Status Set To                    Approved

Payment Status Set To                    Not Paid

Approver's Comments

*Your report has been audited, if you have any questions please contact*
*audit.support@concur.com.*

- Note for Approver: No further action is required by the employee. Please review all comments by the auditors, if applicable, and take appropriate actions before approving the expense report for payment.

**Link To Expense**

https://www.ter.ford.com

---

**John Hope** <johnhope776@gmail.com>                    Fri, Mar 9, 2018 at 1:43 PM
To: "Redwine, Amanda (A.L.)" <AREDWIN1@ford.com>

Thanks Amanda!  I'll be looking for the check in the mail, thanks again for the follow up.
[Quoted text hidden]

---

**Redwine, Amanda (A.L.)** <AREDWIN1@ford.com>                    Sun, Mar 11, 2018 at 7:23 PM
To: "johnhope776@gmail.com" <johnhope776@gmail.com>



Amanda Redwine

Chicago Assembly Plant

T 773-646-7304     | Ford Net 646-7304

aredwin1@ford.com



Ford Diversity & Inclusion

**From:** AutoNotification@concursolutions.com [mailto:AutoNotification@concursolutions.com]
**Sent:** Sunday, March 11, 2018 7:12 PM
**To:** Redwine, Amanda (A.L.) <AREDWIN1@ford.com>
**Subject:** Expense Report Status Change for John Hope

SAP Concur 

**Your expense report listed below has changed status.**

| | |
|---|---|
| Changed By | Concur System |
| Report Name | BV2HLB-Salaried Supervisor Insti |
| Report Date | 03/05/2018 |
| Submit Date | 03/05/2018 |
| Amount Approved | 605.98 USD |
| Approval Status Set To | Approved |
| Payment Status Set To | Paid |

**Link To Expense**

https://www.ter.ford.com

---

**John Hope** <johnhope776@gmail.com>
To: "Redwine, Amanda (A.L.)" <AREDWIN1@ford.com>

Tue, Mar 20, 2018 at 6:12 AM

Hi Amanda,

I see the memo below says check status paid, but I'm still waiting for the check in the mail. I haven't received anything yet.

John
[Quoted text hidden]

---

**Redwine, Amanda (A.L.)** <AREDWIN1@ford.com>
To: John Hope <johnhope776@gmail.com>

Tue, Mar 20, 2018 at 7:29 AM

It normally takes up to 14 days to get a check cut. I recommend sending an email to teradmin@ford.com to inquire about the check date.



FORD GLOBE

Ford Diversity & Inclusion

Amanda Redwine

Chicago Assembly Plant

T 773-646-7304    |Ford Net 646-7304

aredwin1@ford.com



---

**From:** John Hope [mailto:johnhope776@gmail.com]
**Sent:** Tuesday, March 20, 2018 6:12 AM
**To:** Redwine, Amanda (A.L.) <AREDWIN1@ford.com>
**Subject:** Re: FW: Expense Report Status Change for John Hope

[Quoted text hidden]

---

**John Hope** <johnhope776@gmail.com>                          Tue, Mar 20, 2018 at 10:21 AM
To: "Redwine, Amanda (A.L.)" <AREDWIN1@ford.com>

Ok, thanks.
[Quoted text hidden]

---

**John Hope** <johnhope776@gmail.com>                          Mon, Apr 23, 2018 at 12:54 PM
To: "Redwine, Amanda (A.L.)" <AREDWIN1@ford.com>
Bcc: Nuhope06@aol.com

Hi Amanda,

Hope all is well at CAP, I still have not received my expense check. Can you please tell me why they holding my check of $605.98?
Anxiously waiting, its been way over 14 business days. Please let me know.

Thanks,
John Hope
[Quoted text hidden]

---

**Redwine, Amanda (A.L.)** <AREDWIN1@ford.com>                 Mon, Apr 23, 2018 at 12:55 PM
To: John Hope <johnhope776@gmail.com>, "Teradmin, Travel Expens (Admn.)" <teradmin@ford.com>

TERAdmin – could you please assist Mr. Hope?  He left the company some time ago and his TER went to paid status on 3/11/18.  Because he left the company, I would anticipate that his refund would have been sent to him via paper check, but he has yet to receive anything.

Any idea why?



Amanda Redwine

Chicago Assembly Plant

T 773-646-7304 | Ford Net 646-7304

aredwin1@ford.com



Ford Diversity & Inclusion

**From:** John Hope <johnhope776@gmail.com>
**Sent:** Monday, April 23, 2018 12:54 PM
**To:** Redwine, Amanda (A.L.) <AREDWIN1@ford.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Redwine, Amanda (A.L.)** <AREDWIN1@ford.com>                   Mon, Apr 23, 2018 at 12:56 PM
To: John Hope <johnhope776@gmail.com>

You can talk to a live person at **313-845-9400**.



Amanda Redwine

Chicago Assembly Plant

T 773-646-7304 | Ford Net 646-7304

aredwin1@ford.com



Ford Diversity & Inclusion

**From:** John Hope <johnhope776@gmail.com>
**Sent:** Monday, April 23, 2018 12:54 PM
**To:** Redwine, Amanda (A.L.) <AREDWIN1@ford.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Teradmin, Travel Expens (Admn.)** <teradmin@ford.com>                   Tue, Apr 24, 2018 at 8:04 AM
To: "Cr Bal Refund, TER NA (.)" <cbrhelp@ford.com>
Cc: "Redwine, Amanda (A.L.)" <AREDWIN1@ford.com>, John Hope <johnhope776@gmail.com>

Hi Team,

May I request you to please assist the below employee.

Thanks & Regards

Nidhin Sunny Raphael

Travel And Business Expense Accounting | North American Help Desk

…………………………………………………………………..

Check out podcast on US card application process. Also check out podcast on How to create mobile PIN and How to reset mobile PIN.

**From:** Redwine, Amanda (A.L.)
**Sent:** Monday, April 23, 2018 11:26 PM
**To:** John Hope; Teradmin, Travel Expens (Admn.)
**Subject:** RE: FW: Expense Report Status Change for John Hope

[Quoted text hidden]

---

**Cr Bal Refund, TER NA (.)** <cbrhelp@ford.com>                    Wed, Apr 25, 2018 at 7:30 AM
To: "Teradmin, Travel Expens (Admn.)" <teradmin@ford.com>
Cc: "Redwine, Amanda (A.L.)" <AREDWIN1@ford.com>, John Hope <johnhope776@gmail.com>

Hi Team,


We have logged the request for our review. We will complete our review as per TAT is of 15 days. Once completed the reconciliation, we will know the amount is due to employee or company.

If the amount is due to employee, we will authorize Citibank to issue the refund check to employee mailing address. Citibank additionally require 10-14 days to deliver the refund check to your mailing address. If the amount is due to company, we will reverse the credit to our company account.

In case of further clarifications, please revert to us.


Regards,
Revathy S



**From:** Teradmin, Travel Expens (Admn.)
**Sent:** Tuesday, April 24, 2018 6:35 PM
**To:** Cr Bal Refund, TER NA (.) <cbrhelp@ford.com>
**Cc:** Redwine, Amanda (A.L.) <AREDWIN1@ford.com>; John Hope <johnhope776@gmail.com>
**Subject:** FW: FW: Expense Report Status Change for John Hope

[Quoted text hidden]

---

**John Hope** <johnhope776@gmail.com>                    Wed, May 16, 2018 at 1:40 PM
To: "Cr Bal Refund, TER NA (.)" <cbrhelp@ford.com>

Hi Amanda,

I hope all is well, I still have not received my refund check and here it is 5/16/18. My address has not changed just in case its listed below:

70 West Deer Haven Court
Crete, IL  60417

Please let me know the status.

Thanks,
John Hope
[Quoted text hidden]

---

**Cr Bal Refund, TER NA (.)** <cbrhelp@ford.com>                              Fri, May 18, 2018 at 5:17 AM
To: John Hope <johnhope776@gmail.com>

Hi John,

We have completed our review, which is in pipeline of approval.

Once approved we will authorize Citibank to issue the check to the mailing address mentioned below.

Regards,

Revathy S

**From:** John Hope <johnhope776@gmail.com>
**Sent:** Thursday, May 17, 2018 12:11 AM
**To:** Cr Bal Refund, TER NA (.) <cbrhelp@ford.com>

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

Ok, thanks.

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

**Your expense report listed below has changed status.**

| | |
|---|---|
| Changed By | Concur System |
| Report Name | BV2HLB-Salaried Supervisor Insti |
| Report Date | 03/05/2018 |
| Submit Date | 03/05/2018 |
| Amount Approved | 605.98 USD |
| Approval Status Set To | Approved |
| Payment Status Set To | Paid |

**Link To Expense**

https://www.ter.ford.com